DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD RIEGLER** and **KELLY RIEGLER,**
Appellants,

v.

**AMERICAN MORTGAGE INVESTMENT PARTNERS FUND I TRUST,**
Appellee.

No. 4D17-2346

[April 12, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562016CA000707.

Brian Korte of Korte & Wortman, P.A., West Palm Beach, for appellants.

Melisa Manganelli of the Law Offices of Mandel, Manganelli & Leider, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***